FILED
CLERK, U.S. DISTRICT COURT
10/03/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi DEPUTY

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT(Cal. Bar No. 318555)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
National Security Division
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5748/3159
E-mail: Amanda.elbogen@usdoj.gov
Colin.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WANYING ZHANG,<br>aka "Heather,"<br><br>Defendant. | No. 2:26-mj-05818-DUTY<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING COMPLAINT AND RELATED DOCUMENTS; DECLARATION OF COLIN S. SCOTT<br><br>**(UNDER SEAL)** |

The government hereby applies ex parte for an order that the complaint and any related documents in this case (except the arrest warrants for the charged defendants(s)) be kept under seal until (1) the government files a "Report Commencing Criminal Action" in this matter, (2) the U.S. Attorney's Office notifies the Clerk that the case may be unsealed, or (3) the defendant's arrest by law enforcement on the warrant issued in this case.

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of AUSA Colin S. Scott.

Dated: October 3, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

/s/
COLIN S. SCOTT
COLIN S. SCOTT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF COLIN S. SCOTT**

I, COLIN S. SCOTT, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Wanying Zhang, the complaint for which is being presented to a Magistrate Judge for the Central District of California on October 3, 2026.

2. Defendant Wanying Zhang have not been taken into custody on the charge contained in the complaint and have not been informed that they are named as a defendant in the complaint. The likelihood of apprehending defendant might jeopardized if the complaint in this case were made publicly available before defendant is taken into custody on the complaint.

3. Accordingly, the government requests that the complaint and accompanying documents in this case (except the arrest warrants) be sealed and remain so until the defendant is taken into custody on the charges contained in the complaint and the government files a "Report Commencing Criminal Action" in this matter, or until such time as the U.S. Attorney's Office notifies the Clerk that the case may be unsealed or the defendant is arrested in this matter.

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 3, 2026.

/s/

COLIN S. SCOTT

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT (Cal. Bar No. 318555)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
National Security Division
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5748/3159
E-mail: Amanda.elbogen@usdoj.gov
Colin.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WANYING ZHANG,<br><br>Defendant. | No.<br><br>[PROPOSED] ORDER SEALING COMPLAINT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the complaint and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as (1) the government files a "Report Commencing Criminal Action" in this matter,

//

//

(2) the U.S. Attorney’s Office notifies the Clerk that the case may be unsealed, or (3) the defendant’s arrest by law enforcement on the warrant issued in this case.

_______________________
DATE

_______________________
THE HONORABLE STEVEN KIM
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATE

THE HONORABLE STEVEN KIM
UNITED STATES MAGISTRATE JUDGE