FILED
CLERK, U.S. DISTRICT COURT
10/03/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi DEPUTY

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
COLIN S. SCOTT (Cal. Bar No. 318555)
Assistant United States Attorney
National Security Division
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5748/3159
E-mail: Amanda.elbogen@usdoj.gov
Colin.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WANYING ZHANG,<br>aka "Heather,"<br><br>Defendant. | No. 2:26-mj-05818-DUTY<br><br>~~[PROPOSED]~~ ORDER SEALING COMPLAINT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the complaint and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as (1) the government files a "Report Commencing Criminal Action" in this matter,

//

//

(2) the U.S. Attorney's Office notifies the Clerk that the case may be unsealed, or (3) the defendant's arrest by law enforcement on the warrant issued in this case.

October 3, 2026
DATE

Steve Kim
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATE

THE HONORABLE STEVEN KIM
UNITED STATES MAGISTRATE JUDGE