NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Craig A. Harbaugh (Cal. Bar No. 194309)
HARBAUGH LAW, P.C.
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (213) 986-8656
Email: craig@harbaugh.law

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF

v.

WANYING ZHANG,

DEFENDANT.

CASE NUMBER

2:26-MJ-05818-DUTY

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☐ plaintiff ☑ defendant Wanying Zhang
that a hearing be held to review /reconsider the decision of

☐ United States District Judge ______________________ by order dated: ______________
or
☑ Magistrate Judge Steve Kim by order dated: October 7, 2026

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☐ A hearing is being sought before Magistrate Judge ________________ as there is new information to be presented that was not considered by the previous judicial officer; or

☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:

Release on the conditions proposed in ECF No. 6, including: (a) a $100,000 appearance bond on Ms. Zhang's signature, to be replaced within 30 days by an appearance bond secured by a deed of trust on the family home, with equity above $700,000; (b) four affidavits of surety from family and a close friend totaling $120,000 ; (c) home detention with GPS monitoring, with leave only as Pretrial Services approves; and (d) any other condition the Court imposes.

Counsel for the defendant and plaintiff United States Government consulted on October 7, 2026
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on ______________________.

An interpreter is ☐ required ☐ not required. Language ______________________
Defendant is ☑ in custody ☐ not in custody.

October 9, 2026
Date

/s/ Craig A. Harbaugh, Attorney for Wanying Zhang
Moving Party